# Notice Recipients

District/Off: 0311−1          User: Margaret                  Date Created: 3/10/2010
Case: 05−11294−BLS           Form ID: van311                 Total: 20

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| tr | Michael B. Joseph − Chapter 13 Trustee | mjoseph@ch13de.com, chapter13@ch13de.com |
| aty | Michael B. Joseph − Chapter 13 Trustee | mjoseph@ch13de.com, chapter13@ch13de.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Miguel Angel Frias | 12 Laird Lane          New Castle, DE 19720 |
| aty | Christina Pappoulis | Doroshow, Pasquale, Krawitz, Siegel          1202 Kirkwood Highway          Wilmington, DE 19805 |
| 1643731 | AAFES/Mil Star/Exchange | c/o Creditors Bankruptcy Svc          POB 740933          Dallas, TX 75374 |
| 1666226 | CitiMortgage | c/o McCalla Reymer et al          Bankruptcy Dept          1544 Old Alabama Rd          Roswell, GA 30076 |
| 5205956 | CitiMortgage, Inc. | 1000 Technology Drive          O'Fallon, MO 63304 |
| 1677950 | CitiMortgage, Inc. | Bankruptcy Dept.          P.O. Box 9481          Gaithersburg, MD 20898−9481 |
| 1645596 | DBA Auto Loan | 45 Haverhill St          Andover, MA 01810 |
| 1642220 | Delmarva Power &Light Co. | d/b/a CONECTIV          Revenue Recovery/Bankruptcy Dept.          5 Collins Drive, Suite 2133          Carneys Point, NJ 08069 |
| 1643729 | Department of Labor | Attn: Francis Fitzpatrick          P.O. Box 9953          Wilmington, DE 19809 |
| 1643730 | Ellen Slights, Assistant US Attorney | P.O. Box 2046          Wilmington, DE 19899−2046 |
| 1645595 | Erin K Brignola, Esq | 1701 Pulaski Hwy          Bear, DE 19701 |
| 1645597 | Mortgage Electronic | POB 8003          South Hackensack, NJ 07606 |
| 1643727 | New Castle County/Law | 87 Reads Way          New Castle, DE 19720 |
| 1645600 | Robert T Aulgur Esq | Whittington &Aulgur          POB 617          Odessa, DE 19730−0617 |
| 1645598 | Star Card | POB 830031          Baltimore, MD 21283 |
| 1643728 | State of Delaware | Division of Revenue          820 N. French Street, 8th Floor          Wilmington, DE 19801−0820 |
| 1645599 | Verizon | POB 646          Wilmington, DE 19896−0001 |

TOTAL: 17